UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Richard Lowery**, on behalf of himself and others similarly situated, | Civil Action No. 4:22-cv-3091 |
| Plaintiff, | |
| v. | Judge Charles Eskridge |
| **Texas A&M University System**, et al., | |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiff Richard Lowery appeals to the United States Court of Appeals for the Fifth Circuit from the judgment entered on September 29, 2023 (ECF No. 48).

Respectfully submitted.

/s/ Jonathan F. Mitchell

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721 (phone)
gene.hamilton@aflegal.org

Jonathan F. Mitchell
*Attorney in Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff and the Proposed Class*

Dated: September 30, 2023

## CERTIFICATE OF SERVICE

I certify that on September 30, 2023, I served this document through CM/ECF upon:

M. CARTER CROW
LAYNE E. KRUSE
PAUL TRAHAN
RYAN MELTZER
JESIKA SILVA BLANCO
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants*

      /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff and the Proposed Class*