UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **Richard Lowery**, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> **Texas A&M University**, et al., <br><br> Defendants-Appellees | No. 23-20481 |

### PLAINTIFF-APPELLANT'S UNOPPOSED
### MOTION TO AMEND THE CAPTION

Yesterday the parties received an NEF e-mail informing them that the clerk's office had amended the caption to add former Texas A&M University president M. Katherine Banks as an appellee. Plaintiff-appellant Richard Lowery respectfully asks the Court to remove Banks from the caption because she was sued in her official capacity, and she has since resigned and been replaced by Interim President Mark A. Welsh III. When a litigant who is sued in his or her official capacity is replaced by a successor in office, the successor should automatically be substituted as the named party, and all subsequent proceedings should be in the name of the substituted party rather than the original party. *See* Fed. R. Civ. P. 25(d). Banks resigned and was replaced by Welsh before this appeal was filed, so she was no longer a party when the district court rendered its judgment and will not be a party going forward.

The plaintiff-appellant respectfully asks the Court to revert the caption to the version used in Docket Entry No. 6:

Richard Lowery,

*Plaintiff-Appellant*

v.

Texas A&M University; Annie S. McGowan; N. K. Anand; Mark A. Welsh, III, Interim President of Texas A&M University; Alan Sams,

*Defendants-Appellees*

We have conferred with counsel for the defendants-appellees and they are unopposed to this motion.

## CONCLUSION

The unopposed motion to amend the caption should be granted.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
jonathan@mitchell.law

Dated: October 20, 2023              *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with M. Carter Crow, counsel for the defendants-appellees, and he informed me that his clients are unopposed to this motion.

Dated: October 20, 2023

          /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 224 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: October 20, 2023

 /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

 I certify that on October 20, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants-Appellees*

           /s/ Jonathan F. Mitchell
           Jonathan F. Mitchell
           *Counsel for Plaintiff-Appellant*