# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2023

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-20481    Lowery v. Texas A&M
                          USDC No. 4:22-CV-3091

Dear Mr. Mitchell,

We received your Motion to Amend Caption, however, the caption has already been corrected to reflect the requested amendment prior to the motion being filed (see below). We are taking no action on this motion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                *Christina Rachal*
                                By: _____
                                Christina C. Rachal, Deputy Clerk
                                504-310-7651

cc:
    Mr. Michael Carter Crow
    Mr. Gene Patrick Hamilton
    Mr. Layne E. Kruse
    Mr. Ryan Eric Meltzer
    Ms. Jesika Jasmine Silva Blanco
    Mr. Paul Trahan

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

---

Case No. 23-20481

---

Richard Lowery,

    Plaintiff - Appellant

v.

Texas A&M University; Annie S. McGowan; N. K. Anand; Mark A. Welsh, III, Interim President of Texas A&M University; Alan Sams,

    Defendants - Appellees