# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

December 29, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

Re:   Request for Level 1 (30-day) extension in *Lowery v. Texas A&M*, No. 23-20481

Dear Mr. Cayce:

Appellant Richard Lowery respectfully requests a Level 1 (30-day) extension to file his opening brief. This request is unopposed. The brief is currently due on Tuesday, January 9, 2024, and the requested extension will move the deadline to Thursday, February 8, 2024.

Mr. Lowery is requesting this extension because counsel's workload during the months of December and January will make it difficult, if not impossible, to complete the brief by the current due date. Specifically, Mr. Lowery's counsel was recently retained to represent President Trump at the Supreme Court in the Colorado ballot litigation, and he has spent nearly all of the last two weeks researching and writing the petition for certiorari in that case. Counsel is also writing another merits brief for the Supreme Court of the United States in *Garland v. Cargill*, No. 22-976, which is due on January 16, 2024. In addition to these responsibilities at the Supreme Court, counsel is preparing for oral argument before this Court in *Neese v. Becerra*, No. 23-10078, which is set for oral argument on Monday, January 8, 2024—one day before the current due date for Mr. Lowery's brief.

Counsel has not sought any previous extensions in this matter, and the request is unopposed. This extension is not being sought for purposes of delay, but so that counsel will have time to prepare a brief that will be helpful to this Court.

Thank you for considering this.

Sincerely,

*/s/ Jonathan F. Mitchell*

Jonathan F. Mitchell
Mitchell Law PLLC
*Counsel for Appellant Richard Lowery*

cc: All counsel (via CM/ECF)