No. 23-20481

# In the United States Court of Appeals for the Fifth Circuit

Richard Lowery,

*Plaintiff-Appellant*,

v.

Texas A&M University; Annie S. McGowan; N. K. Anand; Mark A. Welsh III, Interim President of Texas A&M University; Alan Sams,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Texas
Case No. 4:22-cv-03091

**Unopposed Motion For Level 2 Extension Of Time To File Opening Appellants' Briefs**

Gene P. Hamilton
Vice-President and General Counsel
America First Legal Foundation
611 Pennsylvania Avenue SE, #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff-Appellant*

Appellant Richard Lowery respectfully requests a Level 2 extension of 30 days to file his opening appellate brief. The current deadline is Thursday, February 8, 2024. The proposed extension, if granted, will move the deadline to Monday, March 11, 2024. This is the appellant's second request for an extension, and the motion is unopposed. The initial due date was January 9, 2024, and the clerk granted a Level 1 extension on December 28, 2023.

The appellant is requesting this additional extension of time because his attorney, Jonathan F. Mitchell, is representing President Trump at the Supreme Court in *Trump v. Anderson*, No. 23-719, and Mr. Mitchell will be preoccupied and consumed with his responsibilities in that case until oral argument is held on February 8, 2024—the same day on which Mr. Lowery's brief is currently due. Mr. Mitchell also has another argument at the Supreme Court of the United States that he is preparing for on February 28, 2024, and he submitted his brief on the merits yesterday on January 22, 2024. *See Garland v. Cargill*, No. 22-976.

Given Mr. Mitchell's ongoing responsibilities in *Trump v. Anderson*, No. 23-719, and his need to devote his time and attention to that case until oral argument is held on February 8, 2024, Mr. Lowery believes that there is both a "substantial need" and "extraordinary" circumstances that justify a Level 2 extension under Fifth Circuit Rule 31.4.3.2. This motion is not being offered for the purpose of delay, but so that counsel may prepare and submit a brief that will be helpful to this Court. We have conferred with counsel for the appellees and they are unopposed to this request.

1

## CONCLUSION

The unopposed motion for a Level 2 extension of time should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: January 23, 2024          *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Carter Crow, counsel for the appellees, and he is unopposed to this motion.

Dated: January 23, 2024

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 292 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: January 23, 2024

                              /s/ Jonathan F. Mitchell
                              Jonathan F. Mitchell
                              *Counsel for Plaintiff-Appellant*

# CERTIFICATE OF ELECTRONIC COMPLIANCE

Counsel also certifies that on January 23, 2024, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, via the court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

    /s/ Jonathan F. Mitchell
    Jonathan F. Mitchell
    *Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I certify that on January 23, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
Norton Rose Fulbright LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants-Appellees*

                                            /s/ Jonathan F. Mitchell
                                            Jonathan F. Mitchell
                                            *Counsel for Plaintiff-Appellant*