# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20481   Lowery v. Texas A&M
                    USDC No. 4:22-CV-3091

The court has granted an extension of time to and including March 11, 2024 for filing appellant's brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Angelique B. Tardie, Deputy Clerk
                      504-310-7715

Mr. Michael Carter Crow
Mr. Gene Patrick Hamilton
Mr. Layne E. Kruse
Mr. Ryan Eric Meltzer
Mr. Jonathan F. Mitchell
Ms. Jesika Jasmine Silva Blanco
Mr. Paul Trahan