

March 20, 2024

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701-4255
United States of America

Direct line +1 512 536 5234
ryan.meltzer@nortonrosefulbright.com

Tel +1 512 474 5201
Fax +1 512 536 4598

Re: Request for Level 1 (30-day) extension for Appellees in *Lowery v. Texas A&M University et al.*, No. 23-20481

Dear Mr. Cayce:

Appellees Texas A&M University, Annie S. McGowan, N. K. Anand, Mark A. Welsh III, and Alan Sams (collectively, "Appellees") respectfully request a Level 1 (30-day) extension to file their brief in the above-captioned matter. Appellees' brief is currently due on Wednesday, April 10, 2024, and the requested extension will move the deadline to Friday, May 10, 2024.

Appellees request this extension because, following the two unopposed extensions granted to Appellant, Appellees' counsel now face intervening hearings and briefing deadlines in other cases that will make it difficult for Appellees to prepare their response brief by the current deadline.

Appellees have not sought any previous extensions in this case, and the request is unopposed. Thank you very much for your consideration.

Respectfully submitted,

Norton Rose Fulbright US LLP

Ryan Meltzer
*Counsel for Appellees*

cc:  All counsel of record (via CM/ECF)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.