# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

May 11, 2024

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:    Request for Level 1 (14-day) extension in *Lowery v. Texas A&M*, No. 23-20481**

Dear Mr. Cayce:

Appellant Richard Lowery respectfully requests a Level 1 (14-day) extension to file his reply brief. This request is unopposed. The brief is currently due on Friday, May 31, 2024, and the requested 14-day extension will move the deadline to Friday, June 14, 2024.

Mr. Lowery is requesting this extension because his counsel, Jonathan F. Mitchell, has an exceptionally busy schedule over the next few weeks that will make it difficult for him to complete the reply brief during the 21-day window provided in the rules. Mr. Mitchell's responsibilities over the next few weeks include:

- A reply brief in support of a motion for judgment on the pleadings in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 13, 2024.

- A reply brief in support of a motion for partial summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 13, 2024.

- A reply brief in support of a Rule 12(b)(1) motion to dismiss in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 13, 2024.

- A reply brief in support of a petition for writ of mandamus in *In re Marcus Silva*, No. 24-0284 (SCOTEX), which is due on May 16, 2024.

- Two reply briefs on the merits in *Texas Right to Life v. Van Stean*, No. 23-0468 (SCOTEX), which are due on May 21, 2024.

- A petition for review in *Weldon v. Lilith Fund for Reproductive Equity*, No. 24-0250 (SCOTEX), which is due on May 22, 2024.

- Oral argument in *Buckle Bunnies Fund v. Maxwell*, No. 02-23-00103-CV (Tex. App.—Fort Worth), scheduled for May 22, 2024.

- A reply brief in support of an MDL transfer motion in *In re Mark Lee Dickson*, No. 24-0329 (SCOTEX), which is due on May 23, 2024.

- An answering appellate brief in *Torres v. Lummus*, No. 01-24-00023-CV (Tex. App.—Houston [1st Dist.]), which is due on May 28, 2024.

- A response to a motion for summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 28, 2024.

Counsel has not sought any previous extensions for his reply brief, although he did seek and obtain two 30-day extensions for his opening appellate brief. This extension is not being sought for purposes of delay, but so that counsel will have time to prepare a brief that will be helpful to this Court.

Thank you for considering this.

                                                Sincerely,

                                                */s/ Jonathan F. Mitchell*

                                                JONATHAN F. MITCHELL
                                                Mitchell Law PLLC

cc: All counsel (via CM/ECF)                  *Counsel for Appellant Richard Lowery*