No. 23-20481

# In the United States Court of Appeals for the Fifth Circuit

RICHARD LOWERY,

*Plaintiff-Appellant*,

v.

TEXAS A&M UNIVERSITY; ANNIE S. MCGOWAN; N. K. ANAND; MARK A. WELSH III, INTERIM PRESIDENT OF TEXAS A&M UNIVERSITY; ALAN SAMS,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Texas
Case No. 4:22-cv-03091

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF**

GENE P. HAMILTON
Vice-President and General Counsel
America First Legal Foundation
611 Pennsylvania Avenue SE, #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff-Appellant*

Appellant Richard Lowery respectfully requests a Level 1 (14-day) extension to file his reply brief. This request is unopposed. The brief is currently due on Friday, May 31, 2024, and the requested 14-day extension will move the deadline to Friday, June 14, 2024.

Mr. Lowery is requesting this extension because his counsel, Jonathan F. Mitchell, has an exceptionally busy schedule over the next few weeks that will make it difficult for him to complete the reply brief during the 21-day window provided in the rules. Mr. Mitchell's responsibilities over the next few weeks include:

- A reply brief in support of a motion for judgment on the pleadings in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 13, 2024.

- A reply brief in support of a motion for partial summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 13, 2024.

- A reply brief in support of a Rule 12(b)(1) motion to dismiss in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 13, 2024.

- A reply brief in support of a petition for writ of mandamus in *In re Marcus Silva*, No. 24-0284 (SCOTEX), which is due on May 16, 2024.

- A petition for review in *Weldon v. Lilith Fund for Reproductive Equity*, No. 24-0250 (SCOTEX), which is due on May 22, 2024.

- Oral argument in *Buckle Bunnies Fund v. Maxwell*, No. 02-23-00103-CV (Tex. App.—Fort Worth), scheduled for May 22, 2024.

- A reply brief in support of an MDL transfer motion in *In re Mark Lee Dickson*, No. 24-0329 (SCOTEX), which is due on May 23, 2024.

- An answering appellate brief in *Torres v. Lummus*, No. 01-24-00023-CV (Tex. App.—Houston [1st Dist.]), which is due on May 28, 2024.

- A response to a motion for summary judgment in *Fund Texas Choice v. Garza*, No. 1:22-cv-00859-RP (W.D. Tex.), which is due on May 28, 2024.

- Two reply briefs on the merits in *Texas Right to Life v. Van Stean*, No. 23-0468 (SCOTEX), which are due on June 5, 2024.

- A motion for summary judgment in *Sargent v. School District of Philadelphia*, No. 2:22-cv-01509-CFK (E.D. Pa.), which is due on June 6, 2024.

Counsel has not sought any previous extensions for his reply brief, although he did seek and obtain two 30-day extensions for his opening appellate brief. This extension is not being sought for purposes of delay, but so that counsel will have time to prepare a brief that will be helpful to this Court. We have conferred with counsel for the appellees and they are unopposed to this request.

## CONCLUSION

The unopposed motion for a 14-day extension of time to file the appellant's reply brief should be granted.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: May 14, 2024  *Counsel for Plaintiff-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Carter Crow, counsel for the appellees, and he is unopposed to this motion.

Dated: May 14, 2024

       /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 457 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.  This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: May 14, 2024

        /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF ELECTRONIC COMPLIANCE

Counsel also certifies that on May 14, 2024, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, via the court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

    /s/ Jonathan F. Mitchell
    Jonathan F. Mitchell
    *Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I certify that on May 14, 2024, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

M. Carter Crow
Layne E. Kruse
Paul Trahan
Ryan Meltzer
Jesika Silva Blanco
Norton Rose Fulbright LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)
carter.crow@nortonrosefulbright.com
layne.kruse@nortonrosefulbright.com
paul.trahan@nortonrosefulbright.com
ryan.meltzer@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendants-Appellees*

      /s/ Jonathan F. Mitchell
    Jonathan F. Mitchell
    *Counsel for Plaintiff-Appellant*