

June 13, 2024

Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, Texas  77010-4106
United States of America

**Via CM/ECF**

Direct line +1 713 651 5194
layne.kruse@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   Notice of supplemental authority pursuant to FRAP 28(j) in *Lowery v. Texas A&M Univ. et al.*, No. 23-20481

Dear Mr. Cayce:

Appellees respectfully submit this notice of supplemental authority pursuant to Federal Rule of Appellate Procedure 28(j) to advise the Court of the U.S. Supreme Court's decision in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235 (June 13, 2024). There, the Supreme Court held that a group of doctors and medical associations had not shown a concrete, particularized, and actual or imminent injury—an injury in fact—and so lacked Article III standing to challenge FDA regulations. *FDA v. All. for Hippocratic Med.*, No. 23-235, slip op. at 20–21 (U.S. June 13, 2024). The decision supports Appellees' argument that the district court did not err in dismissing Appellant's claims without prejudice for lack of standing because Appellant likewise failed to prove that the statements and practices alleged in his complaint posed an imminent threat of a concrete and particularized injury to him. *See* Appellees' Br. at 28–39 (Dkt. 37).

Respectfully submitted,

Norton Rose Fulbright US LLP


*/s/ Layne E. Kruse*


Layne E. Kruse
*Counsel for Appellees*


cc: All counsel of record (via CM/ECF)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.