# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 tel
(512) 686-3941 fax
jonathan@mitchell.law

June 15, 2024

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

Re:   *Lowery v. Texas A&M University, et al.*, No. 23-20481

Dear Mr. Cayce:

We write in response to the defendants-appellees' letter of June 14, 2024.

The ruling in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235 (June 13, 2024), has no bearing on the Article III standing issues in this case. Professor Lowery is asserting injury from a potential employer's discriminatory hiring practices, so to have standing he must satisfy the "able and ready to apply" test. *See Northeastern Florida Chapter of Associated General Contractors of America v. City of Jacksonville*, 508 U.S. 656, 666 (1993); *Gratz v. Bollinger*, 539 U.S. 244, 262 (2003); *Carney v. Adams*, 592 U.S. 53, 60–66 (2020).

The plaintiffs in *Alliance for Hippocratic Medicine*, by contrast, were attempting to assert injury from the government's failure to restrict or regulate the behavior of others, and their theories of causation (or traceability) were too speculative and attenuated to support Article III standing. None of those issues are part of this appeal.

Whether Professor Lowery has Article III standing turns on: (1) Whether he has shown, by a preponderance of the evidence, that he stands "able and ready to apply" for a faculty position at Texas A&M; and (2) Whether he must prove that he will personally encounter race and sex discrimination if he applies to Texas A&M in order to defeat the defendants' factual Rule 12(b)(1) motion. *Alliance for Hippocratic Medicine* has nothing to say about any of this.

The defendants-appellees try to make *Alliance for Hippocratic Medicine* relevant by repeating their assertion that Professor Lowery "failed to prove . . . an imminent threat of a concrete and particularized injury to him." Letter, ECF No. 45, at 1. But the "able and

ready to apply" test is what courts use to determine whether a plaintiff such as Professor Lowery is facing an "imminent threat" or a "concrete and particularized injury"—and this is the Article III standing test that courts apply to *every* potential applicant who seeks prospective relief against a racially discriminatory hiring practice. *Alliance for Hippocratic Medicine* had nothing to do with discriminatory hiring practices and its standing analysis has no pertinence to this case.

                                  Respectfully submitted.

                                   /s/ Jonathan F. Mitchell
                                  JONATHAN F. MITCHELL
                                  Mitchell Law PLLC
                                  111 Congress Avenue, Suite 400
                                  Austin, Texas 78701
                                  (512) 686-3940 (phone)
                                  (512) 686-3941 (fax)
                                  jonathan@mitchell.law

cc: All counsel (via CM/ECF)                *Counsel for Plaintiff-Appellant*