# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 22, 2024

No. 23-20481   Lowery v. Texas A&M
              USDC No. 4:22-CV-3091

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Pamela F. Trice, Deputy Clerk
                              504-310-7633

Mr. Michael Carter Crow
Mr. Gene Patrick Hamilton
Mr. Layne E. Kruse
Mr. Ryan Eric Meltzer
Mr. Jonathan F. Mitchell
Ms. Jesika Jasmine Silva Blanco
Mr. Paul Trahan