# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 21, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20481    Lowery v. Texas A&M
                          USDC No. 4:22-CV-3091

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                */s/ Melissa Mattingly*
                By: _____
                Melissa V. Mattingly, Deputy Clerk
                504-310-7719

cc:
    Mr. Michael Carter Crow
    Mr. Gene Patrick Hamilton
    Mr. Layne E. Kruse
    Mr. Ryan Eric Meltzer
    Mr. Jonathan F. Mitchell
    Ms. Jesika Jasmine Silva Blanco
    Mr. Paul Trahan